Of Counsel:

**ROECA LURIA HIRAOKA, LLP**
A Limited Liability Law Partnership

ARTHUR F. ROECA        1717-0
aroeca@rlhlaw.com
JAMES SHIN                6333-0
jshin@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaiʻi  96813-3917
Telephone:  (808) 538-7500
Facsimile:   (808) 521-9648

Attorneys for Third-Party Defendant
STUART SOUZA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KAPA MOKE, Individually and as Personal Representative of THE ESTATE OF KAPA K. MOKE, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> FRANK E. RITCHEY AND NORA JOAN RITCHEY, TRUSTEES OF THE RITCHEY FAMILY COMMUNITY PROPERTY TRUST; and DOE DEFENDANTS 1-25, <br><br> Defendants. <br> _____ <br> FRANK E. RITCHEY AND NORA JOAN RITCHEY, TRUSTEES OF | CIVIL NO. 14-00512 ACK-KSC <br> (Other Civil Action) <br><br> FINDINGS AND RECOMMENDATION TO GRANT THIRD-PARTY DEFENDANT STUART SOUZA'S AND DEFENDANTS AND THIRD-PARTY PLAINTIFFS FRANK E. RITCHEY AND NORA JOAN RITCHEY, TRUSTEES OF THE RITCHEY FAMILY COMMUNITY PROPERTY TRUST'S JOINT PETITION FOR A DETERMINATION PURSUANT TO HAW. REV. STAT. § 663-15.5 THAT SETTLEMENT IS IN GOOD FAITH (FILED NOVEMBER 6, 2015) |

THE RITCHEY FAMILY            )      Hearing Date:  December 17, 2015
COMMUNITY PROPERTY TRUST, )          Time:  10:30 a.m.
                             )      Honorable Kevin S. C. Chang
         Third-Party Plaintiff,      )
                             )
    vs.                      )
                             )
STUART SOUZA, ERIKA          )
PUNAHELE DUARTE-PERREIRA     )      Senior Judge:  Hon. Alan C. Kay
and DOES 1-25,               )      Mag. Judge:  Hon. Kevin S.C. Chang
                             )      Trial Date:  June 7, 2016 at 9:00 a.m.
         Third-Party Defendants.  )
_____
CV 14-00512 ACK-KSC - MOKE - F & R - Joint Petition
re Settlment.wpd

### FINDINGS AND RECOMMENDATION TO GRANT THIRD-PARTY DEFENDANT STUART SOUZA'S AND DEFENDANTS AND THIRD-PARTY PLAINTIFFS FRANK E. RITCHEY AND NORA JOAN RITCHEY, TRUSTEES OF THE RITCHEY FAMILY COMMUNITY PROPERTY TRUST'S JOINT PETITION FOR A DETERMINATION PURSUANT TO HAW. REV. STAT. § 663-15.5 THAT SETTLEMENT IS IN GOOD FAITH (FILED NOVEMBER 6, 2015)

Third-Party Defendant STUART SOUZA and Defendants and Third-Party

Plaintiffs FRANK E. RITCHEY and NORA JOAN RITCHEY, TRUSTEES OF

THE RITCHEY FAMILY COMMUNITY PROPERTY TRUST (hereinafter

collectively "Petitioners") having filed a Joint Petition for a Determination

Pursuant to Haw. Rev. Stat. § 663-15.5 that Settlement is in Good Faith in the

above-entitled case on November 6, 2015 (hereinafter the "Petition"); and

-2-

Parties of Interest COUNTY OF KAUA'I, OFFICE OF THE COUNTY ATTORNEY, and COUNTY OF KAUA'I PLANNING DEPARTMENT having filed a Statement of No Opposition and Notice of Non-Appearance regarding said Petition on November 16, 2015; and

Said Petition having duly come on for hearing before the Honorable KEVIN S. C. CHANG on December 17, 2015, at 10:30 o'clock a.m.; and

Plaintiffs KAPA MOKE, Individually and as Personal Representative of THE ESTATE OF KAPA K. MOKE, JR., having been represented by Denise M. Hevicon, Defendants and Third-Party Plaintiffs FRANK E. RITCHEY and NORA JOAN RITCHEY, Trustees of the Ritchey Family Community Property Trust (collectively "Ritcheys"), having been represented by Michael D. Tom, and Third-Party Defendant STUART SOUZA ("Souza") having been represented by James Shin at the hearing of said Petition; and

The Court having heard the arguments of counsel, reviewed the record, being fully advised in the premises, and good cause appearing therefor,

IT IS HEREBY RECOMMENDED that Third-Party Defendant STUART SOUZA and Defendants and Third-Party Plaintiffs FRANK E. RITCHEY and NORA JOAN RITCHEY, TRUSTEES OF THE RITCHEY FAMILY COMMUNITY PROPERTY TRUST's Joint Petition for a Determination Pursuant to Haw. Rev.

Stat. § 663-15.5 that Settlement is in Good Faith, filed herein on November 6, 2015, be granted, and any and all claims that have been asserted against the Ritcheys and Souza be dismissed with prejudice.

DATED:  Honolulu, Hawaii, December 22, 2015.



Kevin S.C. Chang
United States Magistrate Judge

Civil No. 14-00512 ACK-KSC, United States District Court for the District of Hawaii
*Kapa Moke, Individually and as Personal Representative of the Estate of Kapa K. Moke, Jr. v. Frank E. Ritchey and Nora Joan Ritchey, Trustees of the Ritchey Family Community Property Trust, et al.; Frank E. Ritchey and Nora Joan Ritchey, Trustees of the Ritchey Family Community Property Trust, et al. v. Stuart Souza, et al.*
FINDINGS AND RECOMMENDATION TO GRANT THIRD-PARTY DEFENDANT STUART SOUZA'S AND DEFENDANTS AND THIRD- PARTY PLAINTIFFS FRANK E. RITCHEY AND NORA JOAN RITCHEY, TRUSTEES OF THE RITCHEY FAMILY COMMUNITY PROPERTY TRUST'S JOINT PETITION FOR A DETERMINATION PURSUANT TO HAW. REV. STAT. § 663-15.5 THAT SETTLEMENT IS IN GOOD FAITH (FILED NOVEMBER 6, 2015)