IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAPA MOKE, Individually and as Personal Representative of THE ESTATE OF KAPA K. MOKE, JR. ,<br><br>Plaintiff(s),<br><br>vs.<br><br>FRANK E. RITCHEY AND NORA JOAN RITCHEY, TRUSTEES OF THE RITCHEY FAMILY COMMUNITY PROPERTY TRUST; DOE DEFENDANTS 1-25 ,<br><br>Defendant(s).<br>_____<br><br>FRANK E. RITCHEY AND NORA JOAN RITCHEY, TRUSTEES OF THE RITCHIE FAMILY COMMUNITY PROPERTY TRUST<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>STUART SOUZA; ERIKA PUNAHELE DUARTE-PERREIRA; DOES 1-25<br><br>Third-Party Defendants.<br>_____ | CV 14-00512 ACK-KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on December 22, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Third-Party Defendant Stuart Souza's and Defendants and Third-Party Plaintiffs Frank E. Ritchey and Nora Joan Ritchey, Trustees of the Ritchey Family Community Property Trust's Joint Petition for a Determination Pursuant to Haw. Rev. Stat. § 663-15.5 That Settlement is in Good Faith (filed November 6, 2015)" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 11, 2016



_____
Alan C. Kay
Sr. United States District Judge

Kapa Moke, Individually and as Personal Representative of the Estate of Kapa K. Moke, Jr. v. Frank E. Ritchey and Nora Joan Ritchey, Trustees of the Ritchey Family Community Property Trust, et al.; Frank E. Ritchey and Nora Joan Ritchey, Trustees of the Ritchey Family Community Property Trust, et al. v. Stuart Souza, et al., Civ. No. 14-00512 ACK-KSC, Order Adopting Magistrate Judge's Findings and Recommendation.